Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JUL 11 2024

FILED

Case No. __CV124-108__
(to be filled in by the Clerk's Office)

__Dion Antwon Lawrence__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

__Charles B. Webster Detention Center__ )"see Attached"
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name: Dion Antwon Lawrence
        All other names by which you have been known: "Fly"
        ID Number: 725065
        Current Institution: Charles B. Webster Detention Center
        Address: 1941 Phinizy Road
        Augusta, GA 30906

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

        Defendant No. 1
        Name: Charles B. Webster Detention Center
        Job or Title (if known):
        Shield Number:
        Employer:
        Address: 1941 Phinizy Rd
        Augusta, GA 30906
        [x] Individual capacity [✓] Official capacity

        Defendant No. 2
        Name: LT Cheatam
        Job or Title (if known): Charles B. Webster Detention Center
        Shield Number:
        Employer:
        Address: Augusta, GA 30906
        [x] Individual capacity [✓] Official capacity

Defendant No. 3
Name: LT Ashley
Job or Title (if known): Charles B. Webster Detention Center
Shield Number:
Employer:
Address: 1941 Phinizy Rd
Augusta, GA 30906
City, State, Zip Code

[X] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: Sergant Curlyer
Job or Title (if known): Charles B. Webster Detention Center
Shield Number:
Employer:
Address: 1941 Phinizy Rd
Augusta, GA 30906
City, State, Zip Code

[ ] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

They failure to protect my life. After i notified them this would happen, they didn't care.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. i told LT Chealan, i could not be round them other inmates, and he say, I don't care if you got to taze, drag or beat him. take him to the hole, but he could of put me in intake on lockdown to be safe, then i told LT Ashley they only set the fire to get to me. And he say, I don't care go on the yard. And they only set fire so we all could go to the yard. So they could stab me. I was only in the hole for 1 day. And Already got stab Affter i told them. failure to protect me.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. I was stab in F.Pod on the yard. July 29, 2023. 2:30 - 3:30. Lavell farah Crawford is who stab me, but was talked into doing it by Quette roundtree, kendrix, and other inmates out there, everybody out there had a knife except me. no one was charge w.t nothing, only the one who stab me. And they steady trying to put me round people who still trying to finish the Job. People in this Jail got 5 sheets of K2 and $30,000 on me, but i save myself by going on suicide cell because they keep trying put me round these folks, so no they don't care bout my life. And not trying protect me.

Page 4 of 11

C. What date and approximate time did the events giving rise to your claim(s) occur?

July 29, 2023   2:30 - 3:30

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was stabbed in my main Artery in my neck, 2 times in Arm and 1 time in head, Lavell Farah Crawford was the one who did it, everyone on the yard had a role to play in it if i would of had a knife, everyone on the yard had a knife but me. Corpal C-more searched everyone after the stabbing & found knifes on everybody but didn't charge nobody, only the person who stabbed me, LT Ashley and other road officers saw what happen to me but came to my safety late after the stabbing stop

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

2 times in the neck but one time in my main artery of my neck and that what almost kill me, 2 times in my arm, and 1 time in my head. i went to Augusta University for emergency treatment. Stay there in ICU like 3 or 4 days, then went to a assigned room. they issued me medication when i left to return back to the jail. The Jail didn't give me none of the medication i was issued. i had tubes coming out my neck because the bleeding would never stop, so i was back & fourth from the hospital. they had me housed in "booking/processing" after the doctor told them, i needed to be on a medical pod with less noise. but they refuse to move me. they didn't let me make any phones when i returned from the hospital, And i felt like they wasn't trying to help me. And they knew they was in the wrong, for what happen to me.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'll settle for $150,000 and Free my charges.

1. i Almost died. And when my family was calling up here to cluck on me while i was in the hole they was telling my people i was safe on 23/1 lockdown, but the whole time i was fighting for my life in ICU. And they was very worried.
2. they didn't let me use the phone at the jail or recieve any visits from my family.
3. they failure to protect my life after i told them. they only set it fire to get to me and then still made me go on the yard, and it show on camera me telling LT Ashley but he still made me go out there.

Case 1:24-cv-00108-JRH-BKE   Document 1   Filed 07/11/24   Page 6 of 10

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Charles B. Webster Detention Center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No   I was in the hole, and they didn't let me get nothing after the stabbing they was trying to protect theyselves for what they coulda stop. So I really

☐ Do not know   feel like they had parts to it Also.

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No They only have grievances for medical and sexual harrasmunt, not for officers so i couldn't do it.

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes my girl talk to the Attorney Affairs, and they was investergating alot of things here.

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

my girl talk to the Attorney Affairs, they started investegating the jail.

2. What did you claim in your grievance?

They never ask her what i was claiming then. And im not with her nomore.

3. What was the result, if any?

I Don't know. me and her broke up

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

the Jail did not want to give me no paperwork or let me talk to my people after Her incident, they knew i had a good lawsuit on them. So they failuer to help me. Then you can only file a grievance on medical and prea.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-3-24

Signature of Plaintiff: Dion Lawrence
Printed Name of Plaintiff: Dion Antyon Lawrence
Prison Identification #: 725065
Prison Address: 1941 Phinizy Rd
Augusta, GA 30906

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

City, State, Zip Code

Telephone Number:
E-mail Address:

they can also track my color and my uncle about my case and you can still write me also to keep me updated. Sister Brittany- 706-750-4412 Thank you   uncle Alex- 706-627-2802  7-3-24

"Defendants"

LT Cheatam-
LT Ashley-
Sergant Curlyer- i also told him i couldn't be round them after LT Cheatam told him to take me to the hole, where everybody that was in there wanted to kill me, i literally cried to him about what was gone happen, but he said ("I'm going by what my LT say do.")

i was stab to death at Phinizy Rd Jail, and almost lost my life, I repeadlly told LT Cheatam and LT Ashley and sergant curlyer, and other officers i could not be round those other inmates because they was out to kill me, the reason they set a fire in isolation was because i was brought in the hole the night before i was stabbed, My ex-girlfriend called down here and told LT Cheatam i couldn't be round them people And he hung up in her face. July 27, 2023 round 9:30 to 10:00, i was stab so bad i had to go get surgery, and i still have to go back for more surgery because not enough blood going to my brain, and its easy for me to have a stroke. And the Jail is still not giving me my correct medication. i was issued Asprins, Tylanol 3, and oxycodine i did not get no Asprins, T3 oxycodine, they was only giving me regular Tylanol. And i was in so much pain after i returned from the hospital because the Jail wasn't taking care of me, Augusta university got my medical records, the Jail should have my medical records also, the Jail was with wellpath then but now they with viral care, could yall please help me for my pain & suffering, And them not protecting my life, like they should of, they waited til Lavell got done stabbing me to come help me. I'll settle for $150,000, And free my charges, thank you for your help.



Owen Lawrence
Charles B. Webster Detention center
1941 Phinizy Rd
Augusta, GA 30906

Clerk, U.S. District court
P.O. Box 1136
Augusta, GA 30903

ATLANTA GA RPDC 302
9 JUL 2024 PM 9 L