IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DION ANTWON LAWRENCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 124-108 |
| | ) |
| CHARLES B. WEBSTER DETENTION | ) |
| CENTER; LT. CHEATHAM; LT. ASHLEY; | ) |
| and SERGEANT CUYLER, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendant Charles B. Webster Detention Center from the case. The case shall proceed against Defendants Cheatham, Cuyler, and Ashley as described in the Magistrate Judge's January 10, 2025 Order. (Doc. no. 24.)

SO ORDERED this ___5th___ day of February, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA