# United States District Court
## Southern District of Georgia

DION ANTWON LAWRENCE,

        Plaintiff,

v.

LT. CHEATHAM; LT. ASHLEY; and
SERGEANT CUYLER,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 124-108

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Court's Order dated April 16, 2024, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion and dismisses this case without prejudice. This civil action stands closed.



4/16/2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020